LIZZIE GORDON, Appellant, v. MAX KRELLMAN, Respondent, Impleaded with HERMAN J. GROSSMAN and Another, Appellants, and Others, Defendants.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.